

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-17-00109-CR**

**IN RE CRAIG MACK**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

Relator's petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition denied
Opinion delivered and filed April 19, 2017
[OT06]

